UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS                                  CIVIL ACTION

VERSUS

DEPARTMENT OF                     NO: 19-00526-BAJ-SDJ
FAMILY SERVICES, ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's **Motion for Relief from Judgment (Doc. 44)**, seeking reconsideration of the Court's April 6, 2020 Ruling and Order granting Defendants' Motion to Dismiss (Doc. 43).

Plaintiff asserts that the Court erred by stating Defendants' Motion to Dismiss (Doc. 32) was unopposed, and directs the Court's attention to his January 31, 2020 "Memorandum in Support of Confirmation of Default Judgment Granted, Request for Immediate Return of Funds Plus Interest and Opposition to Defendants' Motion to Dismiss" (Doc. 34). The Court has reviewed Plaintiff's Memorandum, which does not change the Court's view on the jurisdictional issue at hand.

Having carefully considered the instant motion, the applicable law, and the record in this matter, Plaintiff's Motion will be denied because Plaintiff has not made a showing sufficient to justify relief under Federal Rule of Civil Procedure 60. *See Hill v. McDermott, Inc.*, 827 F. 2d 1040, 1043 (5th Cir. 1987) ("Rule 60(b)(1) . . . allow[s] relief from final judgments on account of 'mistake,' and, in this circuit, the rule may be invoked for the correction of judicial error, but only to rectify an obvious error of law, apparent on the record."); *Hess v. Cockrell*, 281 F. 3d

1

212, 216 (5th Cir. 2002) ("Rule 60(b)(6) motions will be granted only if extraordinary circumstances are present." (quotation marks omitted)).

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Relief from Judgment (Doc. 44)** is **DENIED**.

Baton Rouge, Louisiana, this 21st day of September, 2020

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**